No. 79–5090. McClain v. United States;

No. 79–5109. Simpson v. United States; and

No. 79–5129. Bradshaw v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 593 F. 2d 658.

No. 79–5108. Watson v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–5120. Fleming v. Harris, Secretary of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 79–5168. McConnell v. Alaska. Sup. Ct. Alaska. Certiorari denied.

No. 79–5219. Montoya, aka Martinez v. Ault, Corrections Director. C. A. 10th Cir. Certiorari denied.

No. 79–5228. London v. Warden, Maryland Penitentiary. C. A. 4th Cir. Certiorari denied.

No. 79–5231. Jones v. Perini, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 79–5232. Modlin v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–5237. Huffman v. Georgia. Ct. App. Ga. Certiorari denied.

No. 79–5245. Mabery v. Garrison, Warden. C. A. 4th Cir. Certiorari denied.

No. 79–5251. Filipas v. Workmen's Compensation, Industrial Commission of Ohio, et al. C. A. 6th Cir. Certiorari denied.